CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 13 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| McCARTHY BUILDING COMPANIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  4:20CV00057 |
| vs. | ) ) ) | By:  Hon. Michael F. Urbanski<br>       Chief U.S. District Judge |
| TPE VIRGINIA LAND HOLDINGS, LLC, ET AL, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

This case is reassigned to the docket of the Honorable Thomas T. Cullen, United States District Judge for the Western District of Virginia, for further action.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:  This __9th__ day of October, 2020.

Michael F. Urbanski
Chief U.S. District Judge
2020.10.09 16:06:39 -04'00'

_____
CHIEF UNITED STATES DISTRICT JUDGE