# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| **McCARTHY BUILDING COMPANIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **TPE VIRGINIA LAND HOLDINGS, LLC,** ) | Civil Action No. 4:20-cv-57-TTC |
| ) | |
| *and* ) | |
| ) | |
| **TPE KENTUCK SOLAR, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION AND NOTICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff McCarthy Building Companies, Inc. and Defendants TPE Kentuck Solar, LLC and TPE Virginia Land Holdings, LLC (collectively, "Defendants"), through their undersigned counsel, that Defendants' time to answer, move, or otherwise plead in response to the Complaint is extended from November 2, 2020, to November 16, 2020.

| | |
|---|---|
| /s/ *W. Alexander Burnett* | /s/ *Henry C. Young* |
| W. Alexander Burnett (VSB No. 68000) | Neal L. Walters (VSB No. 32048) |
| Anna T. Birkenheier (VSB No. 86035) | Henry C. Young (VSB No. 91677) |
| WILLIAMS MULLEN | Scott \| Kroner, PLC |
| 200 South 10th Street, 16th floor | 418 East Water Street |
| Richmond, Virginia 23219 | Charlottesville, VA 22902 |
| (804) 420-6481 | (434) 296-2161 |
| aburnett@williamsmullen.com | nwalters@scottkroner.com |
| abirkeneier@williamsmullen.com | hyoung@scottkroner.com |
| *Counsel for Plaintiff* | *Counsel for Defendant TPE Kentuck, LLC* |

/s/ *Vernon E. Inge, Jr.*
Vernon E. Inge, Jr. (VSB No. 32699)
Whiteford Taylor Preston
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, VA 23219
(804) 977.3301
vinge@wtplaw.com
*Counsel for Defendant TPE Virginia Land Holdings, LLC*