CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/1/2021
JULIA C. DUDLEY, CLERK
BY:  s/ A. Little
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

McCARTHY BUILDING COMPANIES, INC.,

*Plaintiff*,

*v.*

TPE VIRGINIA LAND HOLDINGS, LLC, *et al.*,

*Defendants*.

CASE NO.: 4:20-cv-00057-TTC

## CONSENT ORDER AMENDING SCHEDULING ORDER

This matter is before the Court on Plaintiff and Defendants' Joint Motion to Amend Court's Scheduling Order (the "Motion"). It appearing that the parties met and completed their Rule 26(f) conference, and during that discussion agreed to certain amendments to the Court's Scheduling Order [Dkt. No. 31]; and

it appearing to the Court that good cause exists to grant the Motion and amend the Scheduling Order and that neither the Court nor any of the Parties will be prejudiced by the requested changes; and

it appearing to the Court that all Parties consent to the relief granted in this Order; therefore, it is hereby

ORDERED that the Motion is GRANTED and the deadlines in the Court's Scheduling Order [Dkt. No. 31] are AMENDED as follows:

1. The number of depositions permitted under Rule 30(a) will be reduced to 8.
2. Plaintiff's Initial Expert Disclosure due on April 1, 2021
3. Defendants' Initial Expert Disclosure due on April 29, 2021
4. Rebuttal Expert Disclosures due on May 27, 2021

The Court further states that the remaining deadlines in the Court's Scheduling Order will remain in full force and effect.

The clerk is directed to forward a copy of this Order to all counsel of record.

ENTERED this 30th day of January, 2021.

                                              *Robert S. Ballou*
                                          Robert S. Ballou
                                          U.S. Magistrate Judge