# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

McCarthy Building Companies, Inc.
_Plaintiff(s)_

v.

Civil Action No.: 4:20cv00057

TPE Kentuck Solar, LLC
_Defendant(s)_

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION**

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY.  DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES.  COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO <u>ANY</u> OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

WGL Energy Systems, Inc.
_(Name of party you represent)_ who is Third-Party Defendant
_(Plaintiff/Defendant)_

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes  ☒ No

2. Does the party have any parent corporations?
   ☒ Yes  ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   WGL Holdings, Inc.; Wrangler I LLC; AltaGas Utility Holdings Inc.; AltaGas Services Inc.; AltaGas Ltd.

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes  ☐ No

   If yes, identify all such owners:

   AltaGas Ltd. indirectly owns more than 10% of the stock of WGL Energy Systems, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes  ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes  ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

s/Douglas E. Pittman
_(Signature)_

2/12/2021
_(Date)_