# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **McCARTHY BUILDING COMPANIES, INC.**, *Plaintiff*, v. **TPE VIRGINIA LAND HOLDINGS, LLC**, *et al.*, *Defendants*. | CASE NO.: 4:20-cv-00057-TTC |

## JOINT MOTION TO AMEND COURT'S SCHEDULING ORDER

Plaintiff, McCarthy Building Companies, Inc., Defendants, TPE Virginia Land Holdings, LLC and TPE Kentuck Solar, LLC, and Third-Party Defendants WGL Energy Systems, Inc. and WGSW, Inc. (collectively, the "Parties"), by and through their respective counsel, move this Court to amend the Court's Amended Scheduling Order [Dkt. Nos. 31, 45]. In support of this Motion, the Parties show the following:

1. On February 1, 2021, this Court granted the parties' joint motion to amend the Court's scheduling order, and amended the scheduling order as follows:

   A. The number of depositions permitted under Rule 30(a) will be reduced to 8.
   B. Plaintiff's Initial Expert Disclosure due on April 1, 2021
   C. Defendants' Initial Expert Disclosure due on April 29, 2021
   D. Rebuttal Expert Disclosures due on May 27, 2021

2. On March 9, 2021, the Court granted Defendant TPE Virginia Land Holdings, LLC's Motion to Dismiss Plaintiff's Amended Complaint, and provided that Plaintiff McCarthy Building Companies, LLC, may file an amended complaint [Dkt. No. 52].

3. Plaintiff McCarthy Building Companies subsequently filed a Second Amended Complaint on March 23, 2021 [Dkt. No. 56].

4. While the parties have been engaging in cooperative discovery, discovery is not complete.

5. Accordingly, the parties jointly request the following adjustments to the Amended Scheduling Order:

    A. Plaintiff's Initial Expert Disclosure due on April 22, 2021
    B. Defendants' Initial Expert Disclosure due on May 20, 2021
    C. Rebuttal Expert Disclosures due on June 3, 2021

The Parties have developed a joint discovery plan that will allow them to comply with the remaining deadlines set forth in the Scheduling Order; however, should any other adjustments become necessary, for good cause, any of the parties may seek leave of Court seeking adjustment of the deadlines set forth in the Scheduling Order.

Neither the Court nor any of the Parties will be prejudiced by the changes to the Scheduling Order. This Motion is not being presented for any improper purpose or to unnecessarily delay these proceedings.

WHEREFORE, Plaintiff, McCarthy Building Companies, Inc., and Defendants, TPE Virginia Land Holdings, LLC and TPE Kentuck Solar, LLC, and Third-Party Defendants WGL Energy Systems, Inc. and WGSW, Inc. respectfully request the Court to grant the Parties' request to amend the Court's Scheduling Order and enter the proposed Order attached hereto.

Respectfully submitted,

**MCCARTHY BUILDING COMPANIES, INC.**

*/s/ Anna T. Birkenheier*
Robert K. Cox (VSB No. 16230)
W. Alexander Burnett (VSB No. 68000)
Anna T. Birkenheier (VSB No. 86035)
WILLIAMS MULLEN
200 South 10th Street, 16th floor
Richmond, Virginia 23219
TEL:  804.420.6481
FAX: 804.420.6507
bcox@williamsmullen.com
aburnett@williamsmullen.com
abirkenheier@williamsmullen.com

**TPE VIRGINIA LAND HOLDINGS, LLC**

*/s/*
Vernon E. Inge, Jr. (VSB No. 32699)
David L. Amos (VSB No. 87271)
Whiteford Taylor Preston
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, VA 23219
TEL:  703.280.9276
FAX:  703.280.9137
vinge@wtplaw.com
damos@wtplaw.com
   *Counsel for Defendant TPE Virginia Land
   Holdings, LLC*

**TPE KENTUCK SOLAR, LLC**

*/s/*
Neal L. Walters (VSB No. 32048)
Henry C. Young (VSB No. 91677)
Scott | Kroner, PLC
418 East Water Street
Charlottesville, VA 22902
TEL:  434.296.2161
FAX:  434.293-2073
nwalters@scottkroner.com
hyoung@scottkroner.com

3

*Counsel for Defendant TPE Kentuck, LLC*

**WGL ENERGY SYSTEMS, INC. AND WGSW, INC.**

*/s/*
Brent R. Gary (VSB No. 66592)
Douglas E. Pittman (VSB No. 87915)
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
bgary@reedsmith.com
dpittman@reedsmith.com
*Counsel for WGL Energy Systems, Inc. and WGSW, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2021, I caused a copy of the foregoing Joint Motion to Amend Court's Scheduling Order, and proposed order to be served via the U.S. District Court, Western District of Virginia's electronic filing system, which will provide notice to counsel for the defendants:

>Vernon E. Inge, Jr. (VSB No. 32699)
>David L. Amos (VSB No. 87271)
>Whiteford Taylor Preston
>Two James Center
>1021 E. Cary Street, Suite 1700
>Richmond, VA 23219
>vinge@wtplaw.com
>damos@wtplaw.com
>    *Counsel for Defendant TPE Virginia Land Holdings, LLC*
>
>Neal L. Walters (VSB No. 32048)
>Henry C. Young (VSB No. 91677)
>Scott | Kroner, PLC
>418 East Water Street
>Charlottesville, VA 22902
>nwalters@scottkroner.com
>hyoung@scottkroner.com
>    *Counsel for Defendant TPE Kentuck, LLC*
>
>Brent R. Gary (VSB No. 66592)
>REED SMITH LLP
>7900 Tysons One Place, Suite 500
>McLean, Virginia 22102
>(703) 641-4200 (Telephone)
>(703) 641-4340 (Facsimile)
>bgary@reedsmith.com
>*Counsel for WGL Energy Systems, Inc. and WGSW, Inc.*
>
>Douglas E. Pittman (VSB No. 87915)
>Reed Smith LLP
>Riverfront Plaza – West Tower
>901 East Byrd Street, Suite 1900
>Richmond, Virginia 23219
>Telephone: (804) 344-3400
>Facsimile: (804) 344-3410
>dpittman@reedsmith.com

*Counsel for WGL Energy Systems, Inc. and WGSW, Inc.*

*/s/ Anna T. Birkenheier*

44857867_1