# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| **McCARTHY BUILDING COMPANIES, INC.**, *Plaintiff*, v. **TPE VIRGINIA LAND HOLDINGS, LLC**, *et al.*, *Defendants*. | CASE NO.: 4:20-cv-00057-TTC |

## CONSENT ORDER AMENDING SCHEDULING ORDER

This matter is before the Court on Plaintiff and Defendants' Joint Motion to Amend Court's Scheduling Order (the "Motion"). It appearing to the Court that good cause exists to grant the Motion and amend the Scheduling Order and that neither the Court nor any of the Parties will be prejudiced by the requested changes; and

it appearing to the Court that all Parties consent to the relief granted in this Order; therefore, it is hereby

ORDERED that the Motion is GRANTED and the deadlines in the Court's Scheduling Order [Dkt. Nos. 31, 45] are AMENDED as follows:

1. Plaintiff's Initial Expert Disclosure due on April 22, 2021
2. Defendants' Initial Expert Disclosure due on May 20, 2021
3. Rebuttal Expert Disclosures due on June 3, 2021

The Court further states that the remaining deadlines in the Court's Scheduling Order will remain in full force and effect.

The clerk is directed to forward a copy of this Order to all counsel of record.

ENTERED this ____ day of _____, 2021.

                                                                                                        _____
The Honorable Robert S. Ballou
U.S. Magistrate Judge

44860511_1